UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERETT REED,

                Plaintiff,

      -against-

OFFICER L. MASSETT,

                Defendant.

21-CV-8002 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated January 5, 2022, the Court directed Plaintiff to file an amended complaint within sixty days from the date of the order. On January 24, 2022, the Court received a letter from Plaintiff stating that he had been hospitalized and did not receive the Court's order until January 19, 2022. The Court construes Plaintiff's letter as requesting an extension of time to file an amended complaint. Plaintiff's request for an extension of time is granted. Plaintiff is directed to file an amended complaint within sixty days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 8, 2022
       New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge