

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2022

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6696

May 13, 2022

**BY ECF:**
Hon. Nelson Stephen Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

        Re:     Reed v. Royce, et al; 21-CV-8002 (NSR)

Dear Judge Roman:

      I have recently joined the Attorney General's office and I have been reassigned the above referenced action. I write to respectfully request an extension of time from May 16 until June 1, 2022, for this Office to comply with the Court's March 15, 2022 Order pursuant to Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997). (ECF Doc. No. 14). The reason for the requested adjournment is that given that I am new to the office, I require the additional time to familiarize myself with the entirety of the case file to complete the motion. At this time, our Office is in the process of obtaining and reviewing documents provided by DOCCS in order to comply with the Court's order. The extension will provide me with time to obtain the relevant files and documents that were previously requested but had not yet been provided, investigate the facts, and respond to the Valentin order.

      We note that Plaintiff has separately been granted until May 16, 2022, as extended, to file an amended complaint addressing claims against dismissed defendant Correction Officer L. Massett, who this Office does not yet represent, and also, provided Plaintiff 30 days from receipt of the Valentin information to further amend the complaint to name the John Does.

      This Office therefore respectfully requests a 17-day extension to fully comply with the Court's order.

      This is the first extension request on behalf of the Defendants. Plaintiff was not contacted for his consent due to the significant delays in communicating with pro se incarcerated individuals.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

Respectfully submitted,

/s/ Stamatios N. Lathourakis
Stamatios N. Lathourakis
Assistant Attorney General
28 Liberty Street- 18th Floor
New York, New York 10005
(212) 416-8621

cc: Pro se plaintiff (via first class mail)

Defendants' request for an extension is GRANTED. Defendants shall have until June 1, 2022 to comply with the Court's March 15, 2022 Valentin Order (ECF No. 14.) The Clerk of Court is kindly directed to terminate the motion at ECF No. 19 and to mail a copy of this Memorandum Endorsement to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

DATED: May 13, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE