

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8591

July 29, 2022

**BY ECF:**
Hon. Nelson Stephen Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    Reed v. Royce, et al; 21-CV-8002 (NSR)

Dear Judge Roman:

I write on behalf of this Office in response to the Court's March 15, 2022 Order seeking the identities "of the John or Jane Doe [defendants] whom Plaintiff seeks to sue here and the addresses where the[se] defendant[s] may be served". *See Dkt. No. 14*. The compliance date for this Order is July 29, 2022. *See Dkt. No. 26*. In accordance with that Order, this Office has learned the following information from DOCCS officials regarding the Defendants specified in the Court's March 15, 2022 Order:

- "A-Officer": The correct name of the person Plaintiff appears to intend to name is Correction Officer Luke Massett, and he can be served at Mohawk Correctional Facility, 6514 Route 26, Rome, NY 13442.

- "B-Officer": The correct name of the person Plaintiff appears to intend to name is Correction Officer Christopher Larkin, and he can be served at Green Haven Correctional Facility, 594 Route 216, Stormville, NY 12582.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ John R. Doran*
John R. Doran
Assistant Attorney General
John.Doran@ag.ny.gov

cc:    Everett Reed
       DIN No 10-A-5323
       Green Haven Correctional Facility
       594 Route 216
       Stormville, NY 12582

## DECLARATION OF SERVICE

John R. Doran, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action.  On July 29, 2022, I caused to be served the annexed <u>Letter</u> upon:

Everett Reed
DIN No 10-A-5323
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

<u>*S/ John R. Doran*</u>
John R. Doran
Assistant Attorney General

Executed on July 29, 2022